# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**GLINDA M. LANE,**

    **Plaintiff,**

**vs.**                         **CASE NO. 1:09CV159-MP/AK**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

_____/

## O R D E R

    Presently before the Court is Defendant's Motion for Extension of Time to File Memorandum through December 30 , 2009. (Doc. 23). Having considered said motion, the Court is of the opinion that the motion (Doc. 23) should be **GRANTED,** and Defendant shall have through January 11, 2010.

    **DONE AND ORDERED** this  **10th**  day of December, 2009.

                                    _s/ A. KORNBLUM_
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**